```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

The following constitutes
the order of the court. Signed April 15, 2012

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                          Case No. 09-49687 MEH

**KIMBERLY LYN DOYAL,**                         Chapter 13

**Debtor.**                                     ORDER MODIFYING CHAPTER 13
                                                PLAN _____
_____/

   The above named debtor having served an Second Amended Motion to Modify Chapter 13 Plan on March 9, 2012, and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows: Debtor's real property located at 1389 Clay Court, Brentwood, CA 94513 revests in the Chapter 13 Trustee effective upon entry of this Order. Pursuant to this proposed modification, the Chapter 13 Trustee shall have no responsibility or obligation whatsoever with respect to said real property including, but not limited to the mortgage payments, property taxes, insurance, homeowner's association dues, or tax filing requirements.

**END OF ORDER**

**COURT SERVICE LIST**

Attn: Officer
Wells Fargo Bank, NA
101 N. Phillips Avenue
Sioux Falls, SD 57104

Attn: Officer
Wells Fargo Bank, NA
C/o Corporation Service Company
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

Attn: Officer
PNC Bank
222 Delaware Avenue
Wilmington, DE 19899